IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSEI ANDRIUNIN,<br><br>Defendant. | Case No. 1:24-mj-06849-MPK |

**(PROPOSED) ORDER**

Upon consideration of the motion to admit Roger A. Burlingame pro hac vice in the above-captioned case, it is this _____ day of _____, 2025, hereby ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED.

_____
Magistrate Judge M. Page Kelley